ACCEPTED
06-15-00108-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
12/23/2015 11:00:39 AM
DEBBIE AUTREY
CLERK

**ORAL ARGUMENT WAIVED**

CAUSE NO. 06-15-00108-CR

IN THE

COURT OF APPEALS

SIXTH APPELLATE DISTRICT OF TEXAS AT TEXARKANA

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
12/23/2015 11:00:39 AM
DEBBIE AUTREY
Clerk

_____

ALEXANDER NATHANIEL BRENES, Appellant

V.

THE STATE OF TEXAS, Appellee

_____

ON APPEAL FROM THE 6TH DISTRICT COURT;
LAMAR COUNTY, TEXAS; TRIAL COURT NO. 23814;
HONORABLE WILLIAM H. HARRIS, JUDGE

_____

# APPELLEE'S (STATE'S) SECOND MOTION TO EXTEND TIME TO FILE BRIEF

_____

Gary D. Young
Lamar County and District Attorney
Lamar County Courthouse
119 North Main
Paris, Texas     75460
(903) 737-2470
(903) 737-2455 (fax)

**ATTORNEYS FOR THE STATE OF TEXAS**

1

CAUSE NO. 06-15-00108-CR

IN THE

COURT OF APPEALS

SIXTH APPELLATE DISTRICT OF TEXAS AT TEXARKANA

_____

ALEXANDER NATHANIEL BRENES, Appellant

V.

THE STATE OF TEXAS, Appellee

_____

ON APPEAL FROM THE 6TH DISTRICT COURT;
LAMAR COUNTY, TEXAS; TRIAL COURT NO. 23814;
HONORABLE WILLIAM H. HARRIS, JUDGE

_____

# APPELLEE'S (STATE'S) SECOND MOTION TO EXTEND TIME TO FILE BRIEF

_____

TO THE HONORABLE COURT OF APPEALS:

COMES NOW, the State of Texas, by and through Gary D. Young, the elected County and District Attorney of Lamar County, Texas and the Lamar County and District Attorney's Office, respectfully submits this Second Motion to Extend Time to File Brief under Tex. R. App. P. 10 and 38. The State of Texas moves this Court pursuant to the Texas Rules of Appellate

2

Procedure for an extension of time in which to file the Appellee's (State's) Brief upon good cause shown below.

## I.

On or about October 20, 2015, the appellant, Alexander Nathaniel Brenes (Brenes) filed his brief in the above-styled and numbered cause. The appellee's (State's) brief was then due on November 19th, but the State moved for, and this Court granted, an extension until December 18, 2015.

At the time of the filing of this motion, the appellee's (State's) brief is currently past due, but the State seeks an additional five (5) days to file its brief on December 23, 2015.

## II.

This is an appeal from the 6th Judicial District Court of Lamar County, Texas. In the District Court, the cause number was 23814.

## III.

On or about June 25, 2015, the appellant (Brenes) filed his notice of appeal in this Court. By electronic filing or about August 25th, the District Clerk of Lamar County filed the Clerk's Record. The official court reporter filed the Reporter's Record on or about August 31, 2015. On or about September 14, 2015, the District Clerk filed a supplemental Clerk's Record.

The appellant (Brenes) filed a motion to extend time to file his brief,

3

which this Court granted on or about September 15, 2015. The appellant then filed his brief on October 20, 2015.

IV.

Since November 19th, counsel for the appellee (State) had the Thanksgiving holidays (November 26th and November 27, 2015) and was preparing the appellee's (State's) brief in cause numbers 06-15-00074-CR and 06-15-00075-CR styled *Glenn Edwin Rundles v. The State of Texas* in the Sixth Judicial District Court of Appeals at Texarkana, which was filed on or about December 1, 2015. In addition to the *Rundles* brief, counsel for the State was preparing the appellee's (State's) brief in cause number 06-15-00023-CR styled *Jessica Boyett v. The State of Texas*, which was subsequently filed on Friday, December 4, 2015 (now set for submission on December 30, 2015).

During the following week beginning on December 7th, counsel for the State had criminal dockets, and was preparing for those dockets, which included grand jury and docket for status conferences on December 10, 2015. Beginning on Monday, December 14th, counsel for the State had a hearing on a motion to set reasonable bail in cause number 26400 styled *The State of Texas v. Rory Hicks* and a pre-trial hearing in cause number 26338 styled *The State of Texas v. Christian Sims* in the Sixth Judicial District

4

Court of Lamar County. On December 15ᵗʰ, counsel for the State had revocation hearings in cause numbers 24882, 23522, 24825 and 25262 in the Sixth Judicial District Court of Lamar County. Afterwards, counsel for the State was preparing for an arraignment and plea bargain docket that was scheduled for December 22, 2015.

Due to these circumstances, counsel for the appellant (State) was unable to complete the research necessary to prepare the brief in this appellate cause, thus necessitating this second request for an extension of time. However, counsel for the State has completed the brief and respectfully requests this Court to extend the time a short period of five (5) days from December 18ᵗʰ to December 23, 2015.

## V.

The purpose of this motion is not for delay, but so that justice may be had by all parties. As the appellee, the State requests that an extension of time until Wednesday, December 23, 2015 be granted for the filing of Appellee's Brief, or until such time as this Court deems appropriate.

WHEREFORE PREMISES CONSIDERED, the State of Texas prays that upon final submission of this motion to this Court's motion docket, this Court grant the State's Second Motion to Extend Time to File Its Brief in its entirety and grant the State of Texas an additional five (5) days in which to

5

file its brief on or before Wednesday, December 23, 2015; and for such other

and further relief, both at law and in equity, to which it may be justly and

legally entitled.

Respectfully submitted,

Gary D. Young
Lamar County & District Attorney
Lamar County Courthouse
119 North Main
Paris, Texas    75460
(903) 737-2470
(903) 737-2455 (fax)

By:_____
     Gary D. Young, County Attorney
     SBN# 00785298

**ATTORNEYS FOR STATE OF TEXAS**

# VERIFICATION

STATE OF TEXAS      §
                              §
COUNTY OF LAMAR   §

BEFORE ME, the undersigned authority, on this day personally appeared Gary D. Young, who after being duly sworn stated:

> I am the attorney representing the Appellee in the above-styled and numbered appellate cause. I have read the foregoing Second Motion to Extend Time to File Appellee's Brief and the facts and allegations contained are known to me and they are true and correct to the best of my knowledge.

_____
Gary D. Young


STATE OF TEXAS                §
COUNTY OF LAMAR         §

Subscribed and sworn to before me by Gary D. Young on this the 23rd day of December, 2015, to certify which witness my hand and seal of office.

PAM BULL
Notary Public, State of Texas
My Commission Expires
July 24, 2018

_____
Notary Public, State of Texas

7

# CERTIFICATE OF SERVICE

This is to certify that in accordance with Tex. R. App. P. 9.5, a true copy of the "Appellee's (State's) Second Motion to Extend Time for Filing Brief has been served on the 23rd day of December, 2015 upon the following:

Michael Mowla
Michael Mowla, PLLC
P.O. Box 868
Cedar Hill, TX     75106-0868
michael@mowlalaw.com

_____
GARY D. YOUNG
gyoung@co.lamar.tx.us